**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | CRIMINAL ACTION NO. 14-13-RGA |
| | : | |
| v. | : | |
| | : | CRIMINAL ACTION NO. 14-27-RGA |
| **EDWARD STURGIS,** | : | |
| a/k/a "Von" a/k/a "Repo," | : | |
| | : | |
| Defendant. | : | |

<u>**UNOPPOSED MOTION TO CONTINUE SENTENCING**</u>

**NOW COMES** the United States of America, by and through its attorneys, Charles M. Oberly, III, United States Attorney for the District of Delaware, and Mark M. Lee, Assistant United States Attorney, to respectfully move for an order continuing the sentencing of Defendant Edward Sturgis. In support of this motion, the United States represents to the Court that the parties are continuing discussions that may affect the sentence that Defendant Sturgis ultimately receives from this Court. Those discussions are ongoing. In order to facilitate those discussions, the United States requests a 60-day continuance of the sentencing hearing. Defense counsel has no objection to a continuance. A proposed order is attached.

                                                  Respectfully submitted,

                                                  CHARLES M. OBERLY, III
                                                  UNITED STATES ATTORNEY

                                                  /s/ Mark M. Lee
                          By:   _____
                                                  Mark M. Lee
                                                  Assistant United States Attorney

Dated: December 16, 2014

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **CRIMINAL ACTION NO. 14-13-RGA** |
| | : | |
| v. | : | |
| | : | **CRIMINAL ACTION NO. 14-27-RGA** |
| **EDWARD STURGIS,** | : | |
| *a/k/a "Von" a/k/a "Repo,"* | : | |
| | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, on this _____ day of _____ 2014, having considered the United States' motion to continue the sentencing of Edward Sturgis, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that sentencing in this matter shall be scheduled for _____ at _____.

BY THE COURT:

_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

2